## United States Bankruptcy Court

**Northern District of Illinois, Eastern Division**

IN RE:   Robert Burton Rose, Jr.          )          Chapter 13
                                          )          Case No. 17 B 30670
    Debtor(s)                             )          Judge A. Benjamin Goldgar

## Notice of Motion

Robert Burton Rose, Jr.                              Debtor Attorney: Lakelaw
8 Gianna Court                                       via Clerk's ECF noticing procedures
Flossmoor, IL  60422

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 642
> Chicago, IL  60604

On January 09, 2018 at 11:00 am, I will appear at the location listed to the right, and present this motion.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Saturday, December 30, 2017.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 10/12/2017.

2. Debtor has failed to amend form 122C to list actual/accurate figures.

3. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee                     /s/ MARILYN O. MARSHALL
224 S Michigan Ave
Ste 800                                              MARILYN O. MARSHALL, TRUSTEE
Chicago, IL  60604
(312) 431-1300