## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 17-30670 |
| | ) | |
| Robert Burton Rose, Jr. | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Judge A. Benjamin Goldgar |

### AGREED ORDER REGARDING NONDISCHARGEABILITY

THIS CAUSE coming before the Court on OneMain Financial of Illinois, INC.'s Motion for Non-Dischargeability and the Debtor being in agreement regarding the nondischargeability of the debt owed to OneMain Financial of Illinois, INC., the court being fully advised in the premises:

IT IS HEREBY ORDERED that the debt owed by Robert Burton Rose, Jr., to OneMain Financial of Illinois, INC. in the amount of $10,000.00 as a result of money loaned on or about September 19, 2017 at 35.99% APR is nondischargeable.

/s/ Nisha B. Parikh
Attorney for Creditor

/s/ Justin R. Storer
Attorney for Debtor

DATED:     **2 6 JUN 2018**          ENTER:

Bankruptcy Judge

ANSELMO LINDBERG & ASSOCIATES
1771 W. Diehl Road, Suite 120
Naperville, IL 60563-4947
630-453-6960  866-402-8661   630-428-4620 (fax)
Bankruptcy@AnselmoLindberg.com
THIS LAW FIRM IS DEEMED TO BE A DEBT COLLECTOR